STILLMAN, Appellant, v. JOHNSON et al., Respondents. (Supreme Court, Appellate Division, First Department. April 20, 1906.) Action by Thomas B. Stillman against Charles S. Johnson and another. G. S. Daniels, for appellant. H. T. Fay, for respondents. No opinion. Judgment affirmed, with costs, with leave

to plaintiff to withdraw demurrer and to reply on payment of costs in this court and in the court below. Order filed.